PURVI G. PATEL (CA SBN 270702)
PPatel@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, California 90017-3543
Telephone:  213.892.5200
Facsimile:   213.892.5454

ELISABETH HUTCHINSON (*pro hac vice*)
EHutchinson@mofo.com
MORRISON & FOERSTER LLP
4200 Republic Plaza, 370 Seventeenth Street
Denver, Colorado 80202-5638
Telephone:  303.592.1500
Facsimile:   303.592.1510

EMANI N. OAKLEY (CA SBN 347705)
EOakley@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone:  415.268.7000
Facsimile:   415.268.7522

Attorneys for Defendant
COFFEE MEETS BAGEL, INC.

JERUSALEM F. BELIGAN (SBN 211258)
jbeligan@beliganlawgroup.com
LEAH M. BELIGAN (SBN 250834)
lbeligan@beliganlawgroup.com
BELIGAN LAW GROUP LLP
19800 MacArthur Blvd., Ste. 333
Newport Beach, CA 92612
Telephone: (949) 224-3881

MICHAEL L. FRADIN (*PHV* forthcoming)
mike@fradinlaw.com
FRADIN LAW
8401 Crawford Ave., Ste. 104
Skokie, IL 60076
Telephone: (847) 986-5889

JAMES L. SIMON (*PHV* forthcoming)
james@simonsayspay.com
SIMON LAW CO.
11 ½ N. Franklin Street
Chagrin Falls, Ohio 44022
Telephone: (216) 816-8696

Attorneys for Plaintiff and the Putative Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANTHONY CAJAS, individually, and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COFFEE MEETS BAGEL, INC.; and does 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. 3:24-cv-00144-VC<br><br>**UPDATED JOINT CASE MANAGEMENT STATEMENT**<br><br>Date:  May 31, 2024<br>Time:  10:00 a.m.<br>Courtroom:  A - 15th Floor<br>Judge:  Hon. Vince Chhabria |

Pursuant to the Court's May 10, 2024 Minute Entry (Dkt. 25), Plaintiff Anthony Cajas and Defendant Coffee Meets Bagel, Inc. submit this Joint Case Management Statement in advance of the Case Management Conference scheduled for May 31, 2024. For the reasons set forth below, the parties respectfully request the Court continue the May 31, 2024 CMC to June 21, 2024 or the next earliest date convenient for the Court.

On May 20, 2024, per the parties' discussion with the Court during the May 10, 2024 Initial Status Conference, Coffee Meets Bagel served a Rule 11 letter on Plaintiff Anthony Cajas with a signed declaration from Coffee Meets Bagel's People & Culture Lead, David Miller, who substantiated the representations set forth in prior correspondence between the parties, Coffee Meets Bagel's Answer (Dkt. 23), and the Initial Case Management Statement (Dkt. 24). Prior to and after Coffee Meets Bagel sent the Rule 11 letter, the parties met and conferred regarding Plaintiff Anthony Cajas' claims.

On May 22, 2024, Plaintiff's counsel informed Coffee Meets Bagel of their intent to replace Plaintiff Anthony Cajas as the putative class representative and substitute in three alternative named plaintiffs. On the same day, Plaintiff's counsel provided email addresses and phone numbers for the new plaintiffs and proposed the parties enter into a stipulation to allow the filing of an amended pleading for the purpose of replacing Plaintiff Anthony Cajas with the three new plaintiffs. Coffee Meets Bagel has searched its records for each of these proposed plaintiffs, and contends that these three proposed plaintiffs' claims suffer from the same deficiencies as Plaintiff Anthony Cajas. On May 23, Coffee Meets Bagel informed Plaintiff's counsel of its investigation, but it has not had sufficient time to prepare a substantiating declaration, nor has Plaintiff's counsel spoken to the three new plaintiffs about Coffee Meets Bagel's contentions in its May 23 correspondence.

The parties are continuing to meet and confer regarding next steps and need additional time to gather additional information on the three alternative plaintiffs who could potentially substitute in for Plaintiff Anthony Cajas as the putative class representatives. Coffee Meets Bagel reserves all its rights, including to pursue motion practice under Rule 11. Accordingly, the parties respectfully request a brief continuance of the CMC to June 21, 2024 (or the next earliest date convenient for the

Court), so that they can continue to meet and confer and exchange information, in an attempt to determine a path that will conserve party and Court resources, and avoid burdening the Court with motion practice.

Dated: May 24, 2024    BELIGAN LAW GROUP, LLP

By: */s/ Jerusalem F. Beligan*
Leah M. Beligan (SBN 250834)
lbeligan@beliganlawgroup.com
Jerusalem F. Beligan (SBN 211258)
jbeligan@beliganlawgroup.com
19800 MacArthur Blvd., Ste. 333
Newport Beach, CA 92612
Telephone: (949) 224-3881

Michael L. Fradin (*PHV forthcoming*)
FRADIN LAW
mike@fradinlaw.com
8 N. Court St. Suite 403
Athens, OH 45701
Telephone: (847) 986-5889

James L. Simon (*PHV forthcoming)*
SIMON LAW CO.
james@simonsayspay.com
5000 Rockside Road
Liberty Plaza Suite 520
Independence, OH 44131
Telephone: (9216 816-8696

***Attorneys for Plaintiff and the Putative Class***

Dated: May 24, 2024    MORRISON & FOERSTER LLP

By: */s/ Purvi G. Patel*
Purvi G. Patel
PPatel@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017-3543
Telephone:  213.892.5200
Facsimile:  213.892.5454

Elisabeth Hutchinson (*pro hac vice*)
EHutchinson@mofo.com
Morrison & Foerster LLP
4200 Republic Plaza

370 Seventeenth Street
Denver, CO 80202-5638
Telephone:     303.592.1500
Facsimile:      303.592.1510

Emani N. Oakley (CA SBN 347705)
EOakley@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone:     415.268.7000
Facsimile:      415.268.7522

***Attorneys for Defendant***
***Coffee Meets Bagel, Inc.***

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: May 24, 2024

By: */s/ Purvi G. Patel*
Purvi G. Patel